UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re:  )
Karen Denise Hollingsworth  ) Case No. _____
833 Woodgrove St.  ) Chapter  13
Durham, NC 27703  )
 )
 )
 )
 )
 )
 )
 )
SS#  xxx-xx-1745  )
SS#  )
Debtor(s)  )

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on November 23, 2011.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the proof of claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

## CHAPTER 13 PLAN SUMMARY

The Debtor proposes an initial plan, which is subject to modification, as follows:

**I.  Plan Payments**

The plan proposes a payment of $1,565.00 per month for a period of 60 months. The Debtor shall commence payments to the Trustee within thirty (30) days from the date the petition was filed.

**II.  Administrative Costs**

1. **Attorney fees.**

   ■ The attorney for the Debtor will be paid the base fee of $3,000.00. The Attorney has received $500.00 from the Debtor pre-petition and the remainder of the base fee will be paid monthly by the Trustee as funds are available, after scheduled monthly payments to holders of domestic support obligations and allowed secured claims.

   ☐ The Attorney for the Debtor will file application for approval of a fee in lieu of the presumptive fee.

2. **Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses

**III.  Priority Claims**

All pre-petition claims entitled to priority under 11 U.S.C. § 507 will be paid in full in deferred cash payments unless otherwise indicated.

1. **Domestic Support Obligations ("DSO")**

   a.  ■ None

   b.  The name, address, and phone number, including area code, of the holder of any DSO as defined in § 101(14A) is as follows:

| Name of DSO Claimant | Address, city, state & zip code | Telephone Number |
|---|---|---|
|  |  |  |

   c.  All **post-petition** DSO amounts will be paid directly by the Debtor to the holder of the claim and not by the Trustee.

   d.  Arrearages owed to DSO claimants under 11 U.S.C.§ 507(a)(1)(A) not presently paid through wage garnishment will be paid by the Trustee as follows:

| Name of DSO Claimant | Estimated Arrearage Claim | Monthly Payment |
|---|---|---|
|  |  |  |

2. **Other priority claims to be paid by Trustee**

| Creditor | Estimated Priority Claim |
|---|---|
| Credit Bureau of Greensboro | $0.00 |
| Durham County Tax Office | $0.00 |
| Internal Revenue Service | $0.00 |
| NC Department of Revenue | $0.00 |
| William L. Yaeger | $2,500.00 |

IV.   Secured Claims

1. Real Property Secured Claims

    a.   ☐ None

    b.   All payments on any claim secured by real property will be paid by the Trustee unless the account is current, in which case the Debtor may elect to continue making mortgage payments directly. Arrearage claims will be paid by the Trustee as separate secured claims over the term of the plan, without interest.

| Creditor | Property Address | Residence or Non-residence R/NR | Current Y/N | Monthly Payment | Arrearage Amount | If Current Indicate Payment by Debtor (D) or Trustee (T) |
|---|---|---|---|---|---|---|
| Wells Fargo Home Mortgage | SFD 833 Woodgrove St., Durham, NC | NR | N | $940.00 | $3,744.00 | |
| One Main Financial | SFD 833 Woodgrove St., Durham, NC | NR | Y | $293.62 | $0.00 | T |
| Spinnaker | Spinnaker Time Share Condo/Hilton Head accrued maintaenenc fees | NR | Y | $144.40 | $0.00 | T |

2. Personal Property Secured Claims

    a.   ■ None

    b.   Claims secured by personal property will be paid by the Trustee as follows:

| Creditor | Collateral | Secured Amount | Purchase Money Y/N | Under-secured Amount | Pre-confirmation adequate protection payment per § 1326(a)(1) | Post-confirmation Equal Monthly Amount (EMA) | Proposed Interest Rate |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

The Trustee will disburse pre-confirmation adequate protection payments to secured creditors holding allowed purchase money secured claims. Claims having a collateral value of less than $2,000.00 will not receive adequate protection payments.

*To the extent that the valuation provisions of 11 U.S.C. § 506 do not apply to any of the claims listed above, the creditor's failure to object to confirmation of the proposed plan shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).*

3. Collateral to be Released

The Debtor proposes to release the following collateral:

| Creditor | Collateral to be Released |
|---|---|
| -NONE- | |

4. Liens to be Avoided

The Debtor pursuant to 11 U.S.C. § 522 proposes to avoid the following liens on property to the extent that such liens impair the Debtor's exemption:

| Lien Creditor | Property |
|---|---|
| Main Street Acquisition Corp. | judgment/ sheriff has seized vehicle |

V. **Co-Debtor Claims**

The Debtor proposes to separately classify for payment in full the following claims for consumer debts on which an individual is liable with the Debtor:

| Creditor | Co-Debtor | Interest Rate | Monthly Payment |
|---|---|---|---|
| -NONE- | | | |

VI. **General Unsecured Claims Not Separately Classified**

General unsecured claims will be paid on a pro-rata basis, with payments to commence after priority unsecured claims are paid in full. The estimated dividend to general unsecured claims is __4__ %.

VII. **Executory Contracts/Leases**

a. ■ None

b. The following executory contracts and/or leases will be rejected:

| Creditor | Nature of lease or contract |
|---|---|
| | |

c. The following executory contracts and/or leases will be assumed. The Debtor will pay directly all lease payments which come due from the petition filing date until confirmation of the plan. Upon confirmation, payments will be paid as follows:

| Creditor | Nature of Lease or Contract | Monthly payment | Monthly payment paid by Debtor (D) or Trustee (T) | Arrearage Amount | Arrearage paid by Debtor (D) or Trustee (T) | Arrearage monthly payment |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

VIII. **Special Provisions**

a. ■ None

b. Other classes of unsecured claims and treatment

c. Other Special Terms

Date: November 23, 2011

/s/ William L. Yaeger
William L. Yaeger 4873
Attorney for the Debtor
Address:    400 W. Main St, Suite 501
            PO Box 100
            Durham, NC 27702-0100
Telephone:  (919) 683-5858
State Bar No.   4873

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

In Re: )
    Karen Denise Hollingsworth )    **NOTICE TO CREDITORS**
)               **AND**
)     **PROPOSED PLAN**
SS#  xxx-xx-1745 )
SS# _____ ) Case No. _____
          Debtor(s) )

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

Reid Wilcox
Clerk of Court
U.S. Bankruptcy Court
Middle District of North Carolina
P.O. Box 26100
Greensboro, NC 27402

Richard M. Hutson, II
Chapter 13 Trustee
Durham Division
Post Office Box 3613
Durham, NC 27702-3613

Absolute Collection Service
421 Fayetteville St., Ste. 600
Raleigh, NC 27601

Cach LLC
4340 S. Monaco
Second Floor
Denver, CO 80237

Coastal Federal Credit Union
Bankruptcy Department
PO Box 58429
Raleigh, NC 27658

Continental Central Credit, Inc.
PO Box 131120
Carlsbad, CA 92013

Credit Bureau of Greensboro
PO Box 26140
Greensboro, NC 27402

Credit Financial Services Inc.
3800 Guess Rd.
Durham, NC 27705

Duke University Health System
5213 S. Alston Ave.
Durham, NC 27713

Durham Co. Sheriff Office
PO Box 170
Durham, NC 27702

Durham County Tax Office
PO Box 1309
Durham, NC 27702

Durham Emergency Physicians
PO Box 15386
Durham, NC 27704

FIA Card Services
PO Box 15026
Wilmington, DE 19850-5026

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Bankruptcy Department
320 Federal Place, Room 335
Greensboro, NC 27401

Main Street Acquisition Corp.
c/o Sessoms & Rodgers
PO Box 52508
Durham, NC 27717

NC Department of Revenue
Reginald S. Hinton, Process Agent
PO Box 2500
Raleigh, NC 27640

One Main Financial
Bankruptcy Real Estate
PO Box 140069
Irving, TX 75014-0069

P Scott Lowery, PC
4500 Cherry Creek Dr. South
Suite 700
Denver, CO 80246

RJM Acquisitions LLC/RJ
575 Underhill Blvd.
Syosset, NY 11791

Spinnaker
PO Box 8048
Hilton Head Island, SC 29938

Wachovia
Central Bankruptcy Dept. VA 7359
PO Box 13765
Roanoke, VA 24037-3765

Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA 50306

William L. Yaeger
PO Box 100
Durham, NC 27702


Date:   November 23, 2011                    /s/ William L. Yaeger
                                             William L. Yaeger 4873