UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE:
KAREN DENISE HOLLINGSWORTH
                DEBTOR

CASE NO.  11-81953
CHAPTER 13

RESPONSE TO NOTICE OF FINAL CURE PAYMENT PURSUANT TO BANKRUPTCY RULE 3002.1(g)

To the Clerk Debtors, Debtor's Counsel and Chapter 13 Trustee:

The Creditor, Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2013-3, disagrees with the Notice of Final Cure payment filed on October 15, 2014.

The Creditor agrees that the amount required to cure the pre-petition delinquency as set forth in Creditor's claim and any supplements and/or amendments thereto has been paid in full.

The Debtor is contractually due for the September 1, 2014 payment.

*/s/ Daria A. Barrett*
Daria A. Barrett,
Counsel for Creditor Christiana Trust, A Division of
Wilmington Savings Fund Society, FSB, as Trustee for
Stanwich Mortgage Loan Trust, Series 2013-3
State Bar Number 42188

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| IN RE:<br>**KAREN DENISE HOLLINGSWORTH**<br>**DEBTOR** | CASE NO. 11-81953<br>CHAPTER 13 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the RESPONSE TO NOTICE OF FINAL CURE PAYMENT PURSUANT BANKRUPTCY RULE 3002.1(g) in the above captioned case were this day served upon the below named persons by electronic service and/or by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

Karen Denise Hollingsworth
833 Woodgrove Street
Durham, NC 27703

William L. Yaeger
Suite 501, 400 W. Main Street
P.O. Box 100
Durham, NC 27702-0100

Richard M. Hutson, II
302 East Pettigrew St., Suite B-140
P. O. Box 3613
Durham, NC 27702

This 28th day of October, 2014.

/s/ Ryan Tomlin
Ryan Tomlin
Brock & Scott, PLLC
5121 Parkway Plaza Blvd., Suite 300
Charlotte, NC 28217
Ph: (704) 369-0676
Fax: (704) 369-0760
bankruptcy@brockandscott.com